IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RANDY McRAE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 05-2272 (RBW) |
| ) | |
| THE DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant ) | |

ORDER

Upon consideration of the defendant District of Columbia's motion to dismiss the complaint, memorandum of points and authorities in support thereof, any opposition thereto, any reply, the facts, the law and the record herein, it is this _____ day of _____ 2005, and it is,

**ORDERED:** that the defendant District of Columbia's motion is hereby **GRANTED,** and the complaint is hereby **DISMISSED WITH PREJUDICE.**


REGGIE B. WALTON
United States District Court Judge.