**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Randy McRae                          )
    Plaintiff,                        )
                                       )   Civil Action No.: 05-02272 (RBW)
v.                                        )
                                       )
District of Columbia,                )
    Defendant,                        )

**PLAINTIFF'S MOTION FOR RULE 60 (b) RECONSIDERATION**

Comes Now, Plaintiff Randy McRae, hereby respectfully moves this Honorable Court pursuant to S. Ct. R. Civ. 60 (b) to stay the judgment entered on June 26, 2006, upon the grounds that: 1) on June 26, 2006, the Court, inadvertently disregarded Plaintiffs' and/or mistakenly read Plaintiff's copy of the D.C. Superior court order suspending imposition of sentence, 2) the District's actions, including the intentional discrimination against plaintiff's property, constitute intrinsic and/or extrinsic fraud against Plaintiff; 3) Plaintiff requires additional time to brief the instant motion, and 4) failure to vacate the dismissal entered will cause Plaintiff significant undue hardship and entry thereof will not prejudice Defendant.

In support of the instant motion, the attached memorandum is herewith submitted.

                                                          Respectfully Submitted,

                                                          _____
                                                          Randy McRae
                                                          Bobby B. Stafford
                                                          10640 Campus Way South, #110
                                                          Largo, Maryland 20774
                                                          (301) 772-7080 or (703) 549-0284
                                                          Attorneys for Plaintiff

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Randy McRae        ) | |
|     Plaintiff,        ) | |
|                 ) | Civil Action No.: 05-02272  (RBW) |
| v.        ) | |
|                 ) | |
| District of Columbia,        ) | |
|     Defendant,        ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF**
**MOTION FOR RECONSIDERATION**

**ARGUMENT**

It is well settled that Superior Court Rule 60 controls the courts power to vacate or revise Judgments.  Importantly, Rule 60 confers upon trial courts the power to revise or vacate judgments at any time where fraud is asserted and proven. **Kline v. Chase Manhattan Bank**, 403 A2d. 395 (1979).  Superior Court Rule 60 states in pertinent part as follows:

> On motion and upon such terms as are just, the Court may   relieve a party or a party's legal representative from a final judgment, order, or proceeding...

Significantly, review of a motion to vacate judgment is traditionally left to the discretion of the Court.  **Dunn v. Profitt**, 408 A2.d 91, 993 (D.C. App., 1979).  Here the Court should exercise its discretion in favor of the Plaintiff because Defendant has been found to more than likely have engaged in discrimination against tenants of Plaintiff's property, and thereby against Plaintiff.  According to Plaintiff, this discrimination constitutes fraud on him. See Hazel-Atlas Glass Co. v. Hartford-Empire Co., 322 U.S. 238, 64 S. Ct. 997, 88 L Ed. 1250 (1944).

Moreover, in this Circuit the Court in **Keegel v. Key West and Carribean Trading Co.** 627 F2d 372 (D.C. Cir. 1980) revised the denial of a Motion to Vacate a default judgment where the default was not willful, Plaintiff would suffer no prejudice, and Defendants showed a meritorious defense.  Here, in as much as the law favors resolving matters on the merits, it would

2

be only appropriate to grant the instant Motion.

Plaintiff hereby notes pursuant to Federal Rule of Civil Procedure, 60(b), relief from final judgment and from further proceedings to enforce final judgment, for the following reasons which are elaborated in the Federal rule: 1. newly discovered evidence; 2. fraud, misrepresentation, or other misconduct of an adverse party; 3. the judgment is void; and, 4. other reasons justifying relief from the operation of the judgment. See <u>Leichihman v. Pickwick International</u>, 814 F.2d 1263 (8th Cir. 1987).

## CONCLUSION

Wherefore based on the aforementioned discussion and authorities cited, Plaintiff respectfully request that its' Motion be granted.

Respectfully Submitted,

_____
Randy McRae #430494
Bobby B. Stafford
10640 Campus Way South, Ste. 110
Largo, Maryland  20774
(301) 772-7080
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

This is to certify that, on the \_\_\_\_ day of July, 2006, a copy of the foregoing Plaintiff's Motion for Reconsideration, was electronically mailed, postage prepaid, to the following:

George Rickman, Esq., Office of DC Atty Gen, 441 Fourth St, NW, Wash. D.C.  20001

_____
Randy McRae

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Randy McRae            ) | |
|     Plaintiff,      ) | |
|                    ) | Civil Action No.: 05-02272 (RBW) |
| v.            ) | |
|          ) | |
| District of Columbia,   ) | |
|     Defendant,     ) | |

**ORDER**

Upon consideration of the Plaintiff's Motion for Reconsideration, any opposition thereto, and for cause shown, it is this _____ day of July, 2006,

Ordered, that the Motion is hereby Granted.

SO ORDERED.

_____
Judge
United States District Court

Copies:   Randy McRae, Esq.
Bobby B. Stafford, Esq.
10640 Campus Way, Suite 110
Largo, Maryland 207774

George Rickman, Esq
D. C. Office of the Attorney General
441 Fourth Street, N.W.
Washington, D.C. 20001