UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Randy McRae                                  )
    Plaintiff,                             )
                                            )   Civil Action No.: 05-02272  (RBW)
v.                                           )
                                            )
District of Columbia,                        )
    Defendant,                             )

**CROSS PLAINTIFF'S SUPPLEMENT TO OBJECTION TO STIPULATION OF DISMISSAL OR IN THE ALTERNATIVE MOTION TO REOPEN THIS CASE**

    COMES NOW, Cross/ Plaintiff, submits the attached Exhibit A inadvertently not attached to it's earlier filing to the instant Motion.

Respectfully submitted,

_____
Bobby B. Stafford, Esq.
Randy McRae, Esq.
10640 Campus Way South, #110
Largo, Maryland   20774
(301) 772-7080 / (301) 772-7141
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

    This is to certify that, on the _____ day of  December, 2006, a copy of the foregoing Supplement to Cross/Plaintiff's Objection to Stipulation of Dismissal or in the Alternative Motion to Reopen this Case, was electronically mailed first-class, postage prepaid, to the following:
George Rickman, Esq., Office of DC Atty Gen, 441 Fourth St, NW, Wash. D.C.  20001

_____
Randy McRae