Attachment # 7 to Randy McRae, Esq.



## DISTRICT OF COLUMBIA COURTS
Budget and Finance Division
500 Indiana Avenue, NW
Suite 4203
Washington, DC 20001-2131



ANTHONY H. RAINEY
*Chief Financial Officer*

CYRIL O. ERUGO
*Banking and Finance Branch Chief*

August 1, 2006

Randy McRae, Esq.
8181 Professional Pl
Landover, MD 20785

Dear Mr. McRae,

Upon review of our records on the financial activities on case number 99CA007537 (Washington Gas Light Company V. Randy McRae), we discovered that the sum of $240,195.78 was disbursed to Mr. McRae in error on February 17, 2006 upon a motion filed by counsel. Prior to writing this letter, I contacted you by phone but received no commitment from you to return the money.

The money should not have been disbursed. There were no funds available in the above referenced case when the disbursement was made. All funds in the case were fully disbursed out in 2002 in pursuant to Court orders. Hence the case had a zero balance at the time of your request to release funds in February, 2006.

In light of the above, the District of Columbia Courts request that you return the $240,195.78 immediately to the Courts.

Attached is a District of Columbia Courts report showing the financial activities on the case (receipts and disbursements). As you can see on the report, there was a deposit of $433,589.35 on September 9, 2002 and five disbursements totaling $433,589.35 which left the case with a zero balance.

Please be advised that if the money is not returned promptly, this office will forward the matter to the United States Attorney's Office for further investigation and appropriate actions. In addition, we will inform the District of Columbia Bar Counsel, as we believe as officers of the Court you are bound to cooperate fully with the Courts in this matter under the District of Columbia Rules of Professional Conduct.

Your cooperation on this matter will be greatly appreciated. We apologize for any inconvenience this matter may have caused you.

Budget and Finance Division
Banking and Finance Branch

Phone: 202.879.1043
Fax: 202.879.8301
E-mail: erugoc@dcsc.gov

Sincerely,

*[signature]*

Cyril O. Erugo
Chief, Banking and Finance Branch

cc: Honorable Herbert B. Dixon, Jr
    Anthony H. Rainey, CFO
    Dana A. Friend, Deputy CFO ✓




**DISTRICT OF COLUMBIA COURTS**
Budget and Finance Division
500 Indiana Avenue, NW
Suite 4203
Washington, DC 20001-2131

ANTHONY H. RAINEY
*Chief Financial Officer*

CYRIL O. ERUGO
*Banking and Finance Branch Chief*

August 1, 2006

Bobby Stafford, Esq.
1000 Pendleton Street
Alexandria, VA 22313

Dear Mr. Stafford,

Upon review of our records on the financial activities on case number 99CA007537 (Washington Gas Light Company V. Randy McRae), we discovered that the sum of $240,195.78 was disbursed to Mr. McRae in error on February 17, 2006 upon a motion filed by counsel. Prior to writing this letter, I attempted to contact you directly by telephone.

The money should not have been disbursed. There were no funds available in the above referenced case when the disbursement was made. All funds in the case were fully disbursed out in 2002 in pursuant to Court orders. Hence the case had a zero balance at the time of your request to release funds in February, 2006.

In light of the above, the District of Columbia Courts request that Mr. McRae return the $240,195.78 immediately to the Courts.

Attached is a District of Columbia Courts report showing the financial activities on the case (receipts and disbursements). As you can see on the report, there was a deposit of $433,589.35 on September 9, 2002 and five disbursements totaling $433,589.35 which left the case with a zero balance.

Please be advised that if the money is not returned promptly, this office will forward the matter to the United States Attorney's Office for further investigation and appropriate actions. In addition, we will inform the District of Columbia Bar Counsel, as we believe as officers of the Court you are bound to cooperate fully with the Courts in this matter under the District of Columbia Rules of Professional Conduct.

Your cooperation on this matter will be greatly appreciated. We apologize for any inconvenience this matter may have caused you.

---

Budget and Finance Division
Banking and Finance Branch

Phone: 202.879.1043
Fax: 202.879.8301
E-mail: erugoc@dcsc.gov

Sincerely,

*[signature]*

Cyril O. Erugo
Chief, Banking and Finance Branch

cc: Honorable Herbert B. Dixon, Jr
Anthony H. Rainey, CFO
Dana A. Friend, Deputy CFO

# RABY AND STAFFORD
### ATTORNEYS AND COUNSELLORS AT LAW
THE RABY BUILDING
P.O. BOX 830
1000 PENDLETON STREET
ALEXANDRIA, VA 22313-0830

**BOBBY B. STAFFORD**
MEMBER OF THE VIRGINIA AND
DISTRICT OF COLUMBIA BARS
JAMES H. RABY*
*DECEASED 9-3-81

August 4, 2006

**TELEPHONE NUMBERS**
(703) 549-0284
FAX (703) 683-5137
EMail: vze26wgs@verizon.net

Mr. Cyril O. Erugo
Chief, Bank and Finance Branch
District of Columbia Courts
Budget and Finance Division
500 Indiana Ave., NW
Suite 4203
Washington, DC  20001-2131

> Re: Washington Gas Light v. Randy McRae
> Case No. 99CA007537

Dear Mr. Erugo:

      This is in response to your letter of August 1, 2006, case number 99CA007537, Washington Gas Light v Randy McRae. You have discussed in this letter the wrongful disbursement of $240,195.78 to Randy McRae in error. On behalf of Mr. McRrae, this office filed a motion for the above funds based upon a record that there was a residue of funds left in the Registry of the Court, minus $40,000.00. Judge Dixon withheld the payment of $40,000.00 in abeyance based upon the Washington Gas Light Company asserting that it may still be due at least $40,000.00, owed to it for gas consumed by Mr. McRae when he owned certain rental properties in the District of Columbia. We filed a petition with the Court, believing that these funds as described above were still held by the Registry. When we presented the Order to the Court for disbursement, we were advised that the funds were available for payment as directed by the Court and they were paid accordingly. I need not remind you that the order for payment, without assurance that the funds were available for disbursement, could not have occurred. Until this formal letter and telephonic call to my office, I had no knowledge that such funds were incorrectly disbursed to my client. I have forwarded your letter to Mr. McRae who is a member of the Courts of the District of Columbia and have advised him that he should respond.

      I understand you have a responsibility to attempt to regain funds that were erroneously disbursed as set forth in your letter. I, also want to advise you, that this office at no time did anything other than follow the rule of law in petitioning the Court for funds that were believed to be held in the Registry of the Court payable to Mr. McRae. I am willingly to advise that I will appropriately respond to the Office of the

Mr. Cyril O. Erugo
Page Two
August 4, 2006

U. S. Attorney and to the District of Columbia Bar Counsel with full cooperation in terms of matters of violations of any rules for lack of professional conduct.

    Finally, I cannot understand how this could have happened.

Respectfully yours,

BOBBY B. STAFFORD

BBS/cmn

Cc: Judge Herbert Dixon
    Randy McRae