IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RANDY McRAE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-2272 (RBW) |
| | ) | |
| THE DISTRICT OF COLUMBIA, | ) | |
| | ) | |
| Defendant | ) | |

THE DEFENDANT DISTRICT OF COLUMBIA'S MOTION TO LATE FILE ITS
OPPOSITION TO PLAINTIFF'S MOTION TO RECONSIDER THE
COURT'S ORDER DISMISSING HIS AND PLAINTIFF'S MOTION TO STAY
JUDGMENT

Defendant the District of Columbia ("District"), by and through undersigned

counsel, hereby moves this court to late file its opposition to plaintiff's motion to

reconsider the court's order dismissing his complaint. The District prepared its opposition

to plaintiff's motion within the time allowed by this Court's rules, but due to

inadvertence and the press of other business, undersigned counsel mistakenly believed

that he had filed it.  Plaintiff will not inure prejudice since the statute of limitations bars

this Court action..

A memorandum of points and authorities in support of this motion is attached

hereto.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the District of
Columbia

GEORGE C. VALENTINE
Deputy Attorney General, D.C.
Civil Litigation Division


_____
PATRICIA A. JONES #428132
Civil Litigation Division
Chief, General Litigation Section IV


_____
GEORGE E. RICKMAN #433298
Assistant Attorney General
Civil Litigation Division
General Litigation Section IV
P.O. Box 14600
Washington, DC 20044-4600
202-442-9840/fax 202-727-3625


Local Rule 7(m) Certification

I do hereby certify that on March 1, 2007, the undersigned made efforts to contact

Bobby Stafford, Esq., plaintiff's attorney, to obtain his consent to the relief sought herein.

Mr. Stafford indicated that consents to the relief requested.


_____
GEORGE E. RICKMAN
Assistant Attorney General, D.C.

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

RANDY McRAE,                                              )
                                                         )
                    Plaintiff,                           )
                                                         )
v.                                                       )    Civil Action No. 05-2272 (RBW)
                                                         )
THE DISTRICT OF COLUMBIA,                                )
                                                         )
                    Defendant                            )

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
THE DEFENDANT DISTRICT OF COLUMBIA'S MOTION TO LATE FILE ITS
OPPOSITION TO PLAINTIFF'S MOTION TO RECONSIDER THE
COURT'S ORDER DISMISSING HIS CLAIMS

In support of its Motion, the District of Columbia states as follows:

1.     On June 26, 2006, the Court dismissed plaintiff's complaint in matter referenced above. Plaintiff moved for reconsideration of this order on July 5, 2006, and later moved again to re-open the case on December 31, 2006, filing supplemental exhibits on January 1, 2007. Internal records of this office indicate that an opposition to this motion had in fact been prepared on or about July 10, 2006. Due to inadvertence, however, this opposition was not filed.

2.     The District will file its opposition to plaintiff's motion to reconsider and to stay judgment contemporaneously with this motion for leave. Plaintiff will not be prejudiced should the Court grant this defendant its requested relief, because he has not raised a meritorious argument in his motion to reconsider. Plaintiff's motion does not meet the requirements of LCvR 7(m) or Fed. R. Civ. P. 60(b), and should be summarily denied. See Motion, at Docket Entry #6.

3.     Under Fed. R. Civ. P. 6(b):

> "When these rules or by notice given thereunder or by order of court,
> an act is required or allowed to be done at or within a specified
> time, the court for cause shown may at any time in its discretion…(2)
> upon motion made after expiration of the specified period permitting the
> act to be done where the failure to act was the result of excusable
> neglect…"

4.     This motion meets the requirements of Rule 6(b)(2), and evidences that the

District's failure to timely file its opposition was the result of excusable neglect, and is

for good cause shown.

           Respectfully submitted,

          LINDA SINGER
          Acting Attorney General for the District of
          Columbia

          GEORGE C. VALENTINE
          Deputy Attorney General, D.C.
          Civil Litigation Division

          _____
          PATRICIA A. JONES #428132
          Civil Litigation Division
          Chief, General Litigation Section IV

          _____
          GEORGE E. RICKMAN #433298
          Assistant Attorney General
          Civil Litigation Division
          General Litigation Section IV
          P.O. Box 14600
          Washington, DC 20044-4600
          202-442-9840/fax 202-727-3625