IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RANDY McRAE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-2272 (RBW) |
| | ) |
| THE DISTRICT OF COLUMBIA, | ) |
| | ) |
| Defendant | ) |

ORDER

Upon consideration of the defendant District of Columbia's motion to late its opposition to plaintiff's motion to reconsider the court's order dismissing the complaint, any opposition thereto, any reply, the facts, the law and the record herein, it is this _____ day of _____ 2007, and it is,

**ORDERED:** that the defendant District of Columbia's motion to file its opposition to plaintiff's motion to reconsider is hereby **GRANTED;** and it is,

**FURTHER ORDERED:** that the District of Columbia's opposition to plaintiff's motion shall be accepted for filing consistent with this order.

REGGIE B. WALTON
United States District Court Judge