IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RANDY McRAE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE DISTRICT OF COLUMBIA, )<br>)<br>Defendant ) | Civil Action No. 05-2272 (RBW) |

THE DEFENDANT DISTRICT OF COLUMBIA'S OPPOSITION
TO PLAINTIFF'S MOTION TO STAY ENFORCEMENT OF THE JUDGMENT OF
THE COURT'S JUNE 26, 2006, ORDER DISMISSING THE COMPLAINT

Defendant the District of Columbia ("District"), by and through undersigned counsel, hereby opposes plaintiff's motion to stay execution of the judgment pursuant to *Fed. R. Civ. P.* 59(e). As reasons why this motion should be denied, this defendant states the following:

1.  Plaintiff's motion does not comply with LCvR 7(m). Rule 7(m) provides that "[b]efore filing any non-dispositive motion in a civil action, counsel shall discuss the anticipated motion with opposing counsel, … in a good-faith effort to determine whether there is any opposition to the relief sought…." "A party shall include in its motion a statement that the required discussion occurred, and a statement as to whether the motion is opposed." Plaintiff did not seek consent from this defendant, and failed to certify any efforts to obtain the District's consent to the relief sought as required under Rule 7(m). Plaintiff's failure to comply with Rule 7(m) requires the Court to summarily deny plaintiff's motion.

2.    Plaintiff filed a motion to reconsider the Court's order dismissing his complaint contemporaneously with his motion to stay. In his motion for reconsideration, plaintiff has failed to satisfy the requirements of Fed. P. Civ. R. 60, and his motion should be summarily denied. Should the Court deny the motion to reconsider its order dismissing plaintiff's complaint, this motion then becomes moot. In either event, plaintiff has failed to articulate any basis upon which this Court should grant the relief requested.

WHEREFORE, the District asks this Court to deny plaintiff's Motion to Stay Enforcement of Judgment.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, D.C.
Civil Litigation Division

_____
PATRICIA A. JONES #428132
Civil Litigation Division
Chief, General Litigation Section IV

_____
GEORGE E. RICKMAN #433298
Assistant Attorney General
Civil Litigation Division
General Litigation Section IV
P.O. Box 14600
Washington, DC 20044-4600
202-442-9840/fax 202-727-3625