IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RANDY McRAE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-2272 (RBW) |
| | ) |
| THE DISTRICT OF COLUMBIA, | ) |
| | ) |
| Defendant | ) |

ORDER

Upon consideration of plaintiff's motion for reconsideration of the Court's order dismissing his complaint, the District's opposition, any reply, the facts, the law and the record herein, it is this _____ day of _____ 2007,

**ORDERED:**  that plaintiff's motion is hereby **DENIED** for the reasons set forth in the District's opposition**.**

REGGIE B. WALTON
United States District Court Judge