IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RANDY McRAE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-2272 (RBW) |
| | ) |
| THE DISTRICT OF COLUMBIA, | ) |
| | ) |
| Defendant | ) |

### THE DEFENDANT DISTRICT OF COLUMBIA'S OPPOSITION TO PLAINTIFF'S MOTION FOR RECONSIDERATION OF THE COURT'S JUNE 26, 2006, ORDER DISMISSING THE COMPLAINT

Defendant the District of Columbia ("District"), by and through undersigned counsel, hereby opposes plaintiff's motion for reconsideration pursuant to *Fed. R. Civ. P.* 60(b). As reasons why this motion should be denied, this defendant states the following:

1. Plaintiff's motion does not comply with LCvR 7(m). Rule 7(m) provides that "[b]efore filing any non-dispositive motion in a civil action, counsel shall discuss the anticipated motion with opposing counsel, … in a good-faith effort to determine whether there is any opposition to the relief sought…." "A party shall include in its motion a statement that the required discussion occurred, and a statement as to whether the motion is opposed." Plaintiff did not seek consent from this defendant, and failed to certify any efforts to obtain the District's consent to the relief sought as required under Rule 7(m). Plaintiff's failure to comply with Rule 7(m) requires the Court to summarily deny plaintiff's motion.

2. Plaintiff has not raised any issue or fact that addresses the basis for the Court's order dismissing the complaint. By Order, dated June 26, 2006, this Court found

that all of the complained of events set forth in plaintiff's Complaint occurred in 2000, and the complaint was not filed until 2005. The Court further found that plaintiff did not and could not prove any set of facts that would have constituted a timely theory of a continuing violation. The Court noted that only acts within the limitations period are cognizable, not their alleged effects. *See* Order dated June 26, 2006, Docket Entry # 4.

        3.        In his motion for reconsideration, plaintiff does not raise one instance or fact that would negate the basis of the Court's order dismissing the complaint. Instead, plaintiff argues that: 1) the Court mistakenly read the D.C. Superior Court order dismissing the case; 2) the intentional discrimination committed by the District was a fraud committed by District against plaintiff; 3) plaintiff requires additional time to brief the instant motion; and 4) failure to vacate would work to prejudice the plaintiff. See Pl.'s Motion for Reconsideration, Docket Entry# 6 at p. 1. Nothing in these claims remotely addresses the fact that plaintiff's claims were first made five (5) years after the complained-of conduct.

        4.        The statute of limitations denies this Court jurisdiction over plaintiff's claims. Even in the instance of a claim of selective prosecution, the harm arises from the initiation of the prosecution and therefore tolls the limitation period. *Poe v. City of Rolling Hills Estates,* 59 F.3d 175 (9th Cir. 1995). Plaintiff's proffered exhibits indicating any acts beyond the date of the prosecution have no bearing on his failure to timely file his claims. Therefore, in the absence of some evidence of some act that may implicate a continuing violation, this Court is without jurisdiction to hear plaintiff's claims. Plaintiff has failed to raise any factual issue or allegation that may affect the Court's judgment.

WHEREFORE, the District asks this Court to deny plaintiff's Motion for Reconsideration, and to affirm its June 26, 2006, Order.

        Respectfully submitted,

        LINDA SINGER
        Acting Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, D.C.
        Civil Litigation Division

        _____
        PATRICIA A. JONES #428132
        Civil Litigation Division
        Chief, General Litigation Section IV

        _____
        GEORGE E. RICKMAN #433298
        Assistant Attorney General
        Civil Litigation Division
        General Litigation Section IV
        P.O. Box 14600
        Washington, DC 20044-4600
        202-442-9840/fax 202-727-3625